UNITED STATES of America,
Appellee,

v.

Omar PORTEE, also known as "OG Mack," also known as The Godfather of the Bloods, also known as The Big Homey, also known as the Unknown, also known as Anybody Killer, also known as the Almighty, also known as The Panther, also known as The Big Lion, also known as Omar Porter, also known as John E. Johnson, also known as John Varfley, also known as Pierre Johnson, also known as Ron Johnson; Paulettte McCartha, also known as OG P. Ditty Mack, also known as P Ditty, also known as Mommy, also known as Big Momma, also known as Bif Mamma, also known as Jack Ma, also known as

Prelette McCartha; Gary E. Jackson, also known as OG G, also known as G Gerry, also known as B–More, also known as Lamont Jackson, also known as Monie Jackson, also known as Pierre Johnson, also known as Maurice Johnson, also known as I–Reek Moet; Dushon Foster, also known as Jah Bee, also known as Bloody Jay Bee, also known as Ivien Jones, also known as Shon Foster, also known as Shun Foster, also known as Shawn Davis, also known as Shined Foster; Raliek Moore, Jr., also known as KO, also known as OG 5–9 Brim, also known as Ronald Moore, also known as Robosin May, also known as Ronald N. May, also known as Ranni Moore; Lemrey Andrews, also known as Pimp Blood Red, also known as Pimp Bloody, also known as Pimp, also known as Gerald Andrews, also known as Lenny Andrews, also known as Young Redd, also known as PI; Emmy Clark; Ronnell Booth, also known as Famo; Anthony Hernandez, also known as Lucky, also known as Oliver Goldstein, also known as Michael Angel Hernandez; Setowah Varfley, also known as "Afrika," also known as Sandra Griffeth, also known as Peggy V. Mathis, also known as Peggy Varfley; Wanda Williams, also known as Frank Anthony Nina, also known as Katherine Moore, also known as Tina Lopez; Latia Harris, also known as Titi, also known as Donald Arson; Darryl Strong, also known as Shaheem, also known as Syed I. Shah, also known as Shiam; Jessica Bachman, also known

---

**28**

as Katherine Moore, also known as Karen Young; LNU1–01CR0450–015, also known as Rosalie Cream, Defendants,

**Jerome Frazier, also known as "Rico," Defendant–Appellant.**

**Docket No. 02–1305.**

United States Court of Appeals, Second Circuit.

Dec. 31, 2002.

Daniel M. Ginter, Assistant United States Attorney for James B. Comey, United States Attorney for the Southern District of New York (Meir Feder, Assistant United States Attorney, of counsel), New York, NY, for Appellee.

Lawrence K. Feitell, New York, NY, for Defendant–Appellant.

Present FEINBERG, MESKILL and CALABRESI, Circuit Judges.

**SUMMARY ORDER**

**UPON DUE CONSIDERATION**, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the appeal be and it hereby is **DISMISSED**.

Appellant Jerome Frazier appeals the district court's (Buchwald, *J.*) decision, under Section 5G1.3(c) of the Sentencing Guidelines, to make his federal sentence run consecutively to the undischarged term of a state sentence for another crime. The district court filed its judgment on April 24, 2002. Frazier's notice of appeal is dated May 20, 2002. The appeal was not submitted within the ten-day window mandated by Fed. R.App. P. 4(b). There is no indication in the record that any of Rule 4's exceptions to the ten-day rule apply in this case. Accordingly, we lack

jurisdiction to hear the appeal. *See United States v. Outen*, 286 F.3d 622, 630 (2d Cir.2002) ("[N]ot only are the time limits of Fed. R.App. P. 4 mandatory and jurisdictional, these time limits are the one procedural area which courts of appeal are expressly forbidden from altering or suspending in an individual case.") (internal citations and quotation marks omitted). That the district court allegedly failed to advise the defendant of his right to appeal does not change this jurisdictional fact; the defendant's remedy, if any, may be pursued through a habeas action pursuant to 28 U.S.C. § 2255. *See United States v. Ferraro*, 992 F.2d 10, 11–12 (2d Cir.1993) (per curiam).

The appeal is DISMISSED.